**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHRISTOPHER EUGENE SIMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-25-1404-HE |
| | ) | |
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Respondent(s). | ) | |

**ORDER**

On December 22, 2025, United States Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation [Doc. #8] recommending dismissal of this action, without prejudice to re-filing, due to petitioner's failure to comply with the court's order to cure deficiencies.

Judge Maxfield advised petitioner of the right to object to the Report and Recommendation as well as the consequences for failure to timely object. Any objection was due on or before January 12, 2026. To date, no objection has been filed.[1] Petitioner therefore has waived the right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

---

[1] *The court's docket reflects the Report and Recommendation was returned as "Attempted-Not Known Unable to Forward." [Doc. # 9]. However, pursuant to LCvR5.4, "[p]apers sent by the court will be deemed delivered if sent to the last known address given to the court."*

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. # 8].  This

action is **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed. R. Civ. P. 41(b), for

petitioner's failure to comply with the court's order to cure deficiencies.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 20th day of January, 2026.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE